The People of the State of New York ex rel. Republican and Journal Company, Relator, v. Abram H. Wiggins and Others, Constituting All the Republican Members of the Board of Supervisors of the County of St. Lawrence, and State of New York and Others, Respondents.— Determination annulled, with fifty dol-

lars costs and disbursements.     All concurred, except Sewell and Houghton, JJ., dissenting.